IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| GORDON AHENAKEW, | CV 19–55–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CITY OF MISSOULA, et al., | |
| Defendants. | |

Plaintiff Gordon Ahenakew having moved unopposed to remand this action to state court,

IT IS ORDERED that the plaintiff's motion (Doc. 9) is GRANTED. The preliminary pretrial conference set for May 9, 2019, is VACATED. This case is REMANDED to the Montana Fourth Judicial District, Missoula County. The Clerk is to transfer the file to the state court and close the case.

DATED this 29th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court